1  DANIEL J. BRODERICK, Bar #89424
   Acting Federal Defender
2  CARRIE LEONETTI, Maryland Bar
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  ATIFFA GUADALUPE DUNBAR

7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   NO.  1:06cr0098 OWW
                                    )
12            Plaintiff,            )   STIPULATION TO CONTINUE STATUS
                                    )   CONFERENCE AND MOTIONS HEARING;
13     v.                           )   AND ORDER THEREON
                                    )
14 ATIFFA GUADALUPE DUNBAR,         )   Date: August 15, 2006
                                    )   Time: 9:00 a.m.
15            Defendant.            )   Dept : Hon. Oliver W. Wanger
   _____    )
16

17      IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective

18 attorneys of record herein, that the Status Conference and Motions Hearings, currently set for August 1,

19 2006, may be continued to **August 15, 2006** at **9:00 a.m.**

20      The parties agree that the delay resulting from the continuance shall be excluded for the Court's .

21 consideration of and decision on the discovery motions negotiations pursuant to 18 U.S.C.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

§§3161(h)(8)(A) and 3161 (B)(i) & (iv).

DATED: July 28, 2006                McGREGOR W. SCOTT
                                    United States Attorney


                                    /s/ Stanley A. Boone
                                    STANLEY A. BOONE
                                    Assistant Federal Defender
                                    Attorney for Plaintiff


DATED:  July 28, 2006               DANIEL J. BRODERICK
                                    Federal Defender


                                    /s/ Carrie S. Leonetti
                                    CARRIE S. LEONETTI
                                    Assistant Federal Defender
                                    Attorney for Defendant


**O R D E R**

IT IS SO ORDERED.
IT IS SO ORDERED.

**Dated:   July 29, 2006**            **/s/ Oliver W. Wanger**
emm0d6                              UNITED STATES DISTRICT JUDGE