# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



OCT 11 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

**United States of America**
vs.
**Atiffa Guadalupe Dunbar**

Case No. 1:06-CR-0098 OWW

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____Atiffa Dunbar____, have discussed with ____Dan Stark____, Pretrial Services Officer, modifications of my release conditions as follows:

Modify the condition of release pertaining to the defendant's third party custodian as follows with travel being expanded to include the Central District of California, and all other terms and conditions of release, not in conflict, remaining in full force and effect:

The defendant is placed in the custody of:

Name of person or organization <u>Pavon Dunbar</u>

who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

SIGNED: _____
                CUSTODIAN OR PROXY

I consent to this modification of my release conditions and agree to abide by this modification.

_____  9/22/06       _____  9-22-2006
Signature of Defendant      Date          Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                10/11/06
Signature of Assistant United States Attorney       Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                10/3/06
Signature of Defense Counsel              Date

### ORDER OF THE COURT

☐ The above modification of conditions of release is ordered, to be effective on  10/11/2006 .
☐ The above modification of conditions of release is *not* ordered.

_____                10/11/2006
Signature of Judicial Officer             Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services